IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

James L. Wheeler

          Debtor

Bankruptcy No. 10-08936
Judge A. Benjamin Goldgar
Chapter: 13

## RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

    Now Comes U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for Newlands Asset Holding Trust (hereinafter "Creditor"), through its attorneys Johnson, Blumberg & Associates, LLC, and hereby responds to the Trustee's Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) as follows:

1. Creditor is the holder of a note dated June 20, 2003 in the original amount of $135,807.00, secured by a mortgage on the property commonly known as 2816 Edina Blvd, Zion, IL 60099.

2. Creditor agrees with the Trustee's notice that the amount required to cure the default on Creditor's claim has been paid.

3. The Debtor is not otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy code. The post-petition default is calculated as follows:

| | | |
|---|---|---|
| 8/1/2011 – 4/1/2015 each @ $1,220.75 | = | $54,933.75 |
| Less suspense: | = | ($675.57) |
| Total Post-petition Default | = | $54,258.18 |

                                      /s/ Kenneth W. Bach
                                      Kenneth W. Bach, IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

James L. Wheeler

Debtor

Bankruptcy No. 10-08936
Judge A. Benjamin Goldgar
Chapter: 13

## CERTIFICATE OF MAILING

TO:   James L. Wheeler, PO Box 896, Zion, IL 60099
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
David M. Siegel, 790 Chaddick Dr., Wheeling, IL 60090
Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604

I, Kenneth W. Bach, an attorney, certify that I caused to be mailed copies of this Response to Notice of Final Cure to the Debtors on April 20, 2015, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach,  IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE